In the Matter of the Estate of MICHAEL BERARDINI, Deceased. MODESTO BERARDINI, as Executor and Trustee of MICHAEL BERARDINI, Deceased, Appellant, v. PHILIP BERARDINI and Others, as Executors and Trustees of MICHAEL BERARDINI, Deceased, Respondents.— Order resettling order dated February 18, 1929, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, the appellant should have the right to make the examination in question with the assistance of his attorney and accountants, if he is so advised. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

In the Matter of the Application of JOHN J. FOLEY, Relator, for a Certiorari Order against ANDREW KARL and Others, Members Composing the Examining Board of Plumbers of the City of Mount Vernon, Respondents.— Determination of the examining board of plumbers of the city of Mount Vernon unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of Supplementary Proceedings: GLOBE EXCHANGE BANK, Judgment Creditor, Respondent, v. WILKENFELD BROS., INC., and ELIAS WILKENFELD, Judgment Debtors, Appellants.— Order reversed upon the law and the facts, with ten dollars costs and disbursements to the appellants, and motion denied, with ten dollars costs. We are of opinion that the conduct of the judgment debtors did not constitute contempt of court. Their failure to appear on October seventeenth was waived by the stipulation made the next day and the subsequent appearances and examinations. The undisputed fact is that it was agreed they should not appear on November eleventh. The testimony was signed when directed by the court, and there was no violation of any order of the court or referee in respect thereto or in reference to the shares of the capital stock of the Wilkenfeld Bottle Company, Inc. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

In the Matter of the Transfer Tax upon the Estate of ADOLF HAEDRICH, Deceased. STATE TAX COMMISSION, Appellant; BROOKLYN TRUST COMPANY and ELLA E. HAEDRICH, as Executors, etc., of ADOLF HAEDRICH, Deceased, Respondents.— Order of the Surrogate's Court of Kings county of September 16, 1929, and resettled order of said court of September 23, 1929, unanimously affirmed, with one bill of costs to respondents, payable out of the estate, upon opinion of Surrogate Wingate.█ Present — Rich, Kapper, Hagarty and Carswell, JJ.; Lazansky, P. J., not voting.